# United States District Court

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

JOAN LUIS MINIER LARA,

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 13-CR-259 (S-1)(KAM)

Defendant(s).

I, __JOAN LUIS MINIER LARA_____, the above named defendant, who is accused of

access device fraud conspiracy, in violation of Title 18, United States Code, Section 1029(b)(2), access device fraud, in violation of Title 18, United States Code, Section 1029(a)(5), and money laundering, in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(2)(A),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __September 5, 2013_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

s/KAM

Before: _____, 9-5-13
              Judicial Officer